UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_MIAMI_ DIVISION

FILED BY _____ D.C.

00 FEB 11 PM 1:04

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

CHARLES RUSH (954) 791-5882
3871 N.W. 7th Pl.
Ft. Laud. Fla. 33311

versus

BROWARD COUNTY
SHERIFF'S OFFICE

CIVIL ACTION 00-6207
CIV-MORENO

MAGISTRATE JUDGE
DUBÉ

FILING FEE
PAID 0
In Forma
Pauperis  yes
Clarence Maddox, Clerk

### ORIGINAL COMPLAINT

I, Charles Rush was arrested on September 6, 1999, at 2:00 a.m. for a charge of Battery. I had an altercation with a man by the name of Terry Shepherd for taking money that belonged to me. After being arrested and detained, at approximately 2:30 a.m., just before being booked an altercation occurred in the holding cell between a myself and a man also detained, Roberto Vargas. Roberto Vargas was heavily intoxicated and delusional. He was already angry and using quite a bit of profanity about being arrested. Roberto repeatedly attempted to start arguments and focused on me after noticing a puddle of water on the floor. When he sat down beside me, he stepped in the water, looked down then at me, and said to me, "Damn motherfucking nigger"!! I replied, "What did you say"? I assumed that he thought I urinated on the floor. A shuffle began between us and ultimately I struck him once in self defense. Three officers saw the altercation and entered the cell. to intervene.

One officer grabbed around my neck and began choking me, the other one grabbed my arms and put me in handcuffs. By this time Roberto was beginning to become a little sober and replied, "It's on now"! (meaning that payback is



IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT, IN AND
BROWARD COUNTY, FLORIDA.

CHARLES RUSH
defendant, pro-se

VS.

STATE OF FLORIDA
respondant

CASE NO.
JUDGE

/

coming). While being in handcuffs and being choked Roberto and his brother took turns hitting me. I could not defend myself against Roberto, nor his brother. This means that (5) men were upon me. I did not resist and was more than willing to cooperate with the detention officers. Not only did that use unnecessary force against me, but allowed Roberto Vargas and his brother to continuously assault me numerous times. At first, I didn't know what to think, but realized this incident was racial, because I was the only person of color. They put me on the floor and started pushing my head and body into the floor. The officers put their knees and weight into my back causing excruciating back and neck injuries as well as chest and heart problems. I am in dire need medical attention and would greatly like to see justice done.

I did not want to make this an racial issue, however, I felt as though I was in the midst of a racial mob beating. To strike a person for any reason is senseless, and this probably would not have occurred but in the conditions in which it took place. One important factor is that the officers chose to help Roberto (white) rather than assess the actions surrounding this incident. They didn't hear Roberto use racial slurs toward me ("Damn you motherfucking nigger you pissed on the floor") nor did they prohibit him and his brother from battering me further.

When the altercation occurred between Terry Shepherd (black), the Sheriff Officer Higgins didn't elect to help Terry. He assessed the situation, intervened and ended a fight. He single-handedly put me in handcuffs and into his car temporarily as a separation. In conclusion, unnecessary violent force was utilized against me which ultimately resulted in my injuries that have caused me pain and suffering.

Yours Truly
Charles Rush

## Broward County Sheriff
## Ken Jenne, Sheri

## Booking Repc

DoCC

| BCCN # | 0 | | Booking Sheet Control Date and |
|---|---|---|---|
| nt Clearance | 36542 Prints No | | 09/06/1999    13:49:26 |

Offense Report # 990902976      Agency BS

SSN # 29/54 6698 11/8

S,

| ex | Height | Weight | Eyes | Hair | Comp. | Age | DOB | Place of Birth | FDLE |
|---|---|---|---|---|---|---|---|---|---|
| M | 510 | 155 | BRN | BLK | DRK | 45 | 02/03/1955 | SC | 0 |

|  |  | Months of Residence |
|---|---|---|
| FT LAUDERDALE | FL | 60 |

sting Officer  HIGGINS, RAYMON      Place of Arrest  3880 NW 5 ST FT LAUD

Intake Officer ID      Badge Number 6865

wc 8773 booked by pc.....

| Charges | LevelMag. Code Type Bond Amount |
|---|---|
| Case Number | Charge Comments |
| ounty | Judge | Date/Time Charge Entered |
| TOUCH OR STRIKE/BATTERY | 1M   Y   BD   1000 |
| | 09/06/1999 13:34:03 |

COUNTY SHERIFF'S OFFICE
507, FT. LAUDERDALE, FL 33310

## NARRATIVE

SHORT EVENT ☐    SUPPLEMENT ☒

pg 2 of 2

| AREA NAME | ZONE | INCIDENT LOCATION |
|---|---|---|
| Main Jail Central Intake | 214 | 555 SE 1 Ave Ft. Laud. 33310 |

| Occurred: Date / Time / Day | Date of Report | Dispatched | Arrived | Cleared | Related Case # |
|---|---|---|---|---|---|
| 9-6-99 0515 Mon | 9-6-99 | 0515 | 0515 | 0522 | |

### NARRATIVE

On the above date and time, while working in booking, I observed Inmate fighting in holding cell #1. As I entered the cell I observed (2) Hispanic males (① Vargas, Ricardo wm and ② Vargas, Roberto wm) fighting (1) Black male (Rush, Charles bm). While another Deputy restrained the Black male, I grabbed one of the white male (Vargas, Roberto) and ordered him to the floor. Inmate resisted passively. I then pulled him to the floor by his right arm. I then placed Hand restraints on him. I then help carry him by the arm to another cell. Handcuffs were checked and Double locked. No other force was used or necessary. All Inmates were seen by the Nurse. Hand restraints were then removed

W/W 6423

### AFFIDAVIT

DEPUTY'S AFFIDAVIT: I SWEAR THIS REPORT, CONSISTING OF _____ PAGES, IS CORRECT AND TRUE TO THE BEST OF MY KNOWLEDGE.

DEPUTY'S SIGNATURE/CCN _____    DATE _____

COUNTY OF BROWARD    STATE OF FLORIDA

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _____ DAY OF _____, 19 ____ BY _____
NAME AND TITLE

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____ AS IDENTIFICATION AND WHO ☐ DID ☐ DID NOT TAKE AN OATH.

NOTARY PUBLIC OR PUBLIC OFFICER AND TITLE OR RANK/CCN

COMPLAINT AFFIDAVIT: I, _____, DO HEREBY SWEAR THAT ON _____, 19 ___

THE CRIMINAL ACTS STATED IN THIS REPORT WERE COMMITTED WITHOUT MY PERMISSION, AGAINST MY WILL, BY PERSONS(S) UNKNOWN/KNOWN
TO ME AS _____, AND FURTHER I DO ☐ DO NOT ☐ DESIRE TO PROSECUTE.

VICTIM'S SIGNATURE _____ DATE _____ WITNESS' SIGNATURE _____ DATE _____

| REPORTING DEPUTY PRINT/CCN | William J Well 6423 | APPROVING SUPERVISOR PRINT/CCN | Sgt R Emery 5049 |
|---|---|---|---|
| SIGN/DATE | William J Well 9-6-99 | SIGN/DATE | R Emery 5049 9-7-99 |

# Affidavit of indigency.

IN THE CIRCUIT/COUNTY COURT OF THE SEVENTH JUDICIAL CIRCUIT
_____ COUNTY, STATE OF FLORIDA

STATE OF FLORIDA,
    Plaintiff,
vs.
**Charles Rush**
    Defendant.

CASE NO.:

### AFFIDAVIT

BEFORE ME personally appeared AFFIANT, who being sworn according to law, deposes and says:

That I am the Defendant in this cause and that a charge(s) has been filed against me in the above-mentioned Court, charging me with a crime(s); that I am insolvent, an indigent person unable to pay the fee charged by an attorney including the costs of investigation and defense without a substantial hardship to myself or my family. That I have not divested myself of any property for the purpose of benefiting from this oath or taking advantage of applicable laws relative to indigent defendants. That I have no income or assets except those listed below:

1. My date of birth is **12/5/55**, my Social Security Number is **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**.
2. I have been released on bail in the amount of $ **175.00**.
3. There are **NONE** persons in my family who are dependent upon me for support.
4. I have \_\_\_ have not **✓** retained private counsel in this case.
5. Financial Status:
   A. Net Income - $ **0** - per _____ (This includes total salary and wages, minus deductions required by law, including Federal, State and Local taxes, FICA and self-employment taxes and court-ordered support payments).
   B. Other Income - $ _____ - per _____ (Including, but not limited to, social security benefits, union funds, veteran's benefits, workers' compensation, other regular support from absent family members, public or private employee pensions, unemployment compensation, dividends, interest, rent, trusts and gifts).
   C. Assets - $ **0** (Including, but not limited to, cash, savings accounts, bank accounts, stocks, bonds, certificates of deposit, equity in real estate, and equity in a boat or a motor vehicle or in other tangible property).

I ask this Honorable Court to enter an Order declaring me an indigent person under the laws of the State of Florida, granting me the services of an attorney to conduct my defense and provide that the aforementioned County be taxed with the costs of defending against this charge(s).

I authorize this Court to set a fee and impose a lien against me for the same, for the services of said Public Defender, and for the reasonable costs of this proceeding, and further covenant that if I subsequently become possessed of adequate funds with which to hire private counsel hereafter, I will promptly so advise the Public Defender.

I hereby state that this Affidavit is hereby signed under oath and under penalty of perjury.

SWORN TO AND SUBSCRIBED before me this
**10th** day of **January**, 2000
My Commission Expires: **January 21, 2001**
Personally Known to me **✓** or \_\_\_
Type of Identification: _____

AFFIANT _____

Sharon Henderson
MY COMMISSION # CC614980 EXPIRES
January 21, 2001
BONDED THRU TROY FAIN INSURANCE, INC.

NOTARY PUBLIC

CIRCUIT/COUNTY JUDGE (IF NOT NOTARIZED)

ORDER OF INDIGENCY AND
ORDER AS TO THE PUBLIC DEFENDER



JS 44
(Rev 12/96)

**00-6207**

# CIVIL COVER SHEET CIV-MORENO

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Charles Leon Rush
3821 NW 7th Pl.
Ft.Laud. Fla. 33311  791-5887

**DEFENDANTS**
Broward County
Sheriff Ofc

00 FEB 11 PM 1:04
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

**MAGISTRATE JUDGE**
**DUBÉ**

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS — Third Party 26 USC 7609 | A OR B |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**LENGTH OF TRIAL**
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** UNKNOWN

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE FEB 1 1 2000

SIGNATURE OF ATTORNEY OF RECORD
Charles Rush

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____