UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6207-CIV-MORENO

CHARLES RUSH,

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/



FILED by ___ D.C.
FEB 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN *FORMA PAUPERIS*

THIS CAUSE came before the Court upon Plaintiff's Motion to Proceed in *Forma Pauperis* (**D.E. No. 2**), filed on **February 11, 2000**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the motion is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Charles Rush, *pro se*
 3871 Northwest 7th Place
 Fort Lauderdale, FL 33311