UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6207-CIV-MORENO

CHARLES RUSH,

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/



FILED by SC D.C.
JUN 2 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and the last recorded date of various proceedings. It appears that Plaintiff filed the complaint on **February 11, 2000** and service of the summons and complaint has not been executed as of the date of this order. Therefore, it is

ADJUDGED that Plaintiff file a response with the Court no later than **July 5, 2000** to show cause why this case should not be dismissed for failure to serve the summons and complaint upon Defendants within 120 days after the filing of the complaint pursuant to Fed.R.Civ.Proc. 4(m). If Plaintiff fails to file such response, then the Court shall dismiss the action.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of June, 2000.

                                                               FEDERICO A. MORENO
                                                               UNITED STATES DISTRICT JUDGE



copies provided:

Charles Rush, *pro se*
 3871 Northwest 7th Place
 Fort Lauderdale, FL 33311