**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6207-CIV-MORENO

CHARLES RUSH,

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S OFFICE,

    Defendant.

_____/

FILED by ___ D.C.
JUL - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER OF DISMISSAL

THIS CAUSE came before the Court upon a *sua sponte* review of the record. On **June 23, 2000**, the Court issued an Order to Show Cause why this case should not be dismissed for failure to serve the summons and complaint upon the Defendants within 120 days after filing the complaint pursuant to Fed.R.Civ.P. 4(m). The Court instructed the Plaintiff to respond to the Order to Show Cause no later than **July 5, 2000**, or the case would be dismissed. To date, the Plaintiff has failed to respond. Therefore, it is

ADJUDGED that this case is **DISMISSED** without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of July, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Charles Rush, *pro se*
 3871 Northwest 7th Place
 Fort Lauderdale, FL 33311



```
CASE:      1:99-cv-00297
DOCUMENT:  39
DATE:      07/07/00

CLERK:     sk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-0297-CIV-MORENO

NATIONAL CAR RENTAL SYSTEM, INC.,

    Plaintiff,

vs.

ZURICH INSURANCE COMPANY, SWISS
BRANCH, a foreign coporation,

    Defendant.
_____/



FILED by ___ D.C.
JUL - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER OF MAGISTRATE JUDGE REASSIGNMENT

In accordance with Administrative Order No. 99-27 the undersigned has reviewed the file in the above styled case and has determined that the case should be reassigned to United States Magistrate Judge Robert L. Dubé. Therefore it is hereby

ADJUDGED that the Clerk of the Court shall make such reassignment. It is further

ADJUDGED that all orders of reference entered in the above-styled case remain in full force and effect except that hereafter Magistrate Judge Robert L. Dubé shall be responsible for acting pursuant to such orders.

Pursuant to this referral order, it is also

ADJUDGED that it shall be the responsibility of the respective parties in this case to note on all materials necessary to the resolution of the referred matters the name of Magistrate Judge Robert L. Dubé on the case number caption (Case No. 99-

0297-CIV-MORENO/DUBE) and that courtesy copies of such materials shall be directed to his chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Magistrate Judge Stephen T. Brown

Magistrate Judge Robert L. Dubé

John H. Richards, Esq.
**COONEY, MATTSON, LANCE, BLACKBURN,**
  **RICHARDS & O'CONNERS, P.A.**
2312 Wilton Drive
P.O. Box 14546
Fort Lauderdale, FL 33302

Bradley S. Fischer, Esq.
**MELITO & ADOLFSON**
The 900 Building, Suite 203
900 Southeast Third Avenue
Fort Lauderdale, FL 33316