IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

*Charles Rush*
Plaintiff(s),

v.

*Broward Sheriff's Office*
Defendant(s).

CASE NO. 00CV6207-Moreno

CLERK'S NOTICE OF
RECEIPT OF FEE

'00 JUL -5 P5:10

The Plaintiff [Petitioner] filed this cause without payment of filing fee and/or other fee. Upon receipt of the appropriate fee, the Court and all parties are noticed that on this date that this fee has been paid. Exhibit A, attached hereto, is a true copy of the receipt issued to the plaintiff.

DONE at the Federal Courthouse, Fort Lauderdale, Florida, this JUL -5 2000.

CLERK OF COURT     Clarence Maddox

By: _____
     Deputy Clerk

Copies provided to:
Judge Moreno
Charles Rush



```
Wed Jul  5 15:54:11 2000

    UNITED STATES DISTRICT COURT

    MIAMI           , FL

Receipt No.   401 519845
Cashier        liz

M.O.  Number:   02-352528209/SEE BE

DO Code    Div No
 4600        0

Sub Acct Type Tender      Amount
1:086900  N     3          60.00
2:510000  N     3          25.00
3:510000  N     3          50.00
4:510000  N     1          15.00

Total Amount        $    150.00

CHARLES RUSH (MO #'S02-352428114 & #8558
33)

00CV6207/MORENO/ FILING FEE BY CHARLES R
USH




Wed Jul  5 15:54:11 2000

M. O. No.  02-352528209/SEE BE
Amount$   135.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600
```

FILED

'00 JUL -5 P3:57