United States District Court
Southern District of Florida
Miami Division

Charles Rush
3871 N.W. 7th Pl.
Ft. Laud. Fla. 33311
    vs
Broward County
Sheriff's Office

CASE: 00-6207
CIV-MORENO
Magistrate Judge
DUBE

~~Response~~ To Order To Show Cause

I can't work as my labor job demand hard work and my health with neck & head injury. In 9/1998 I stop working as a lawn maintance. Then 9/1999 this case with Broward Sheriff Beati me choking my neck, back, and more I ~~havn't~~ havn't work in over 2 years, that why I file for a ~~sun spent~~ forma prauperis. Filing fee has been

Yours Truly
Charles Rush

'00 JUL -5 P3:57

Wed Jul  5 15:54:11 2000

UNITED STATES DISTRICT COURT

MIAMI          , FL

Receipt No.   401 519845
Cashier        liz

M.O. Number:  02-352528209/SEE BE

DD Code    Div No
4600       0

Sub Acct Type Tender      Amount
1:086900  N     3         60.00
2:510000  N     3         25.00
3:510000  N     3         50.00
4:510000  N     1         15.00

Total Amount         $   150.00

CHARLES RUSH (MO #'502-352428114 & #8558
33)

00CV6207/MORENO/ FILING FEE BY CHARLES R
USH

Wed Jul  5 15:54:11 2000

M. O. No.  02-352528209/SEE BE
Amount$    135.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600