UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6207-CIV-MORENO

CHARLES RUSH,

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/

FILED by _____ D.C.
JUL - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER REOPENING CASE AND GRANTING PLAINTIFF EXTENSION OF TIME TO SERVE DEFENDANT WITH SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Response to Order to Show Cause **(D.E. No. 7)**, filed on **July 5, 2000**, which this Court shall construe as a motion for reconsideration of its Order of Dismissal **(D.E. No. 5)**, filed on **July 6, 2000**.

THE COURT has considered the motion, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the motion is **GRANTED**. This Court's July 6, 2000, Order of Dismissal is **VACATED** and this case shall be re-opened by the Clerk of Court. Furthermore it is

ADJUDGED that for good cause shown Plaintiff shall have until **July 25, 2000** to serve a copy of the summons and Complaint upon the Defendant as required under *Federal Rules of Civil Procedure* Rule 4(a-c), and to file a "Return of Service" with this Court. Plaintiff's failure to serve the summons and Complaint or to file a "Return of

Service" with this Court shall result in this case being DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of July, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Charles Rush, *pro se*
 3871 Northwest 7th Place
 Fort Lauderdale, FL 33311