**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6207-CIV-MORENO

CHARLES RUSH,

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/



FILED by S̲ D.C.

JUL 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon a *sua sponte* review of the record. On **June 23, 2000**, the Court issued an Order to Show Cause why this case should not be dismissed for failure to serve the summons and complaint upon the Defendants within 120 days after filing the complaint pursuant to Fed.R.Civ.P. 4(m). The Court instructed the Plaintiff to respond to the Order to Show Cause no later than **July 5, 2000** or the case would be dismissed.

On **July 5, 2000** Plaintiff filed a document titled Response to Order to Show Cause which this Court construed as a motion for reconsideration of this Court's Order of Dismissal. On **July 7, 2000** this Court reopened the case and granted Plaintiff an extension of time until **July 25, 2000** to file a "Return of Service" with this Court. To date no "Return of Service" has been filed. Accordingly it is

ADJUDGED that this case is **DISMISSED** without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of July, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Charles Rush, *pro se*
 3871 Northwest 7th Place
 Fort Lauderdale, FL 33311