UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6207-CIV-MORENO

CHARLES RUSH,

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/



## NOTICE OF FILING

THE COURT hereby files the following letter received in chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of August, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Charles Rush, *pro se*
3871 Northwest 7th Place
Fort Lauderdale, FL 33311

Charles L. Rush
3871 N.W., 7th Pl.
Ft. Laud, Fla. 33311
Case No. 00-6207

Dear Sir: Federico A. Moreno

I Charles L. Rush pro se are appealing the order of Dismissal, on grounds that I live in Ft. Laud. And file my case at U.S. District Court in Ft. Laud. Fla. pay my fee at Ft. Laud., District. on the 5th of July and was on the Dead-line at Ft. Laud., District, although a Delay in the first Dismissal, and reopen Delay me to the 10th of July. to proceeded my case. On July 14, 2000 after filling out all summons and complaints, I tryed to deliver them in person, But was unable or refused to except my summons at, The attorney affair and Legal affairs office. That cause another delay in serving each summons and complaints. so then I had to do all summons over again, and tryed to mail in my complaints summons And on July 22, 2000, at the post office on 7th Ave I weighted each complaints. And mail all at the post office. My return of service was mail to the Ft. Laud, District first because that were I file first. Instead of the Miami District. But on July 25, 2000 all summond complaints was on time.

Sign Charles Rush

Charles L. Rush
3871 NW 7th Dr.
Ft. Lauderdale Fla. 33311
Case No. 00-6207

United States District Courts
Southern District of Florida,
Federico A. Moreno
Chambers
99 Northeast 4th Street
Miami, Fla. 33132