UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6207-CIV-MORENO

CHARLES RUSH,

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/



FILED by ___ D.C.
AUG 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER DENYING MOTION FOR RECONSIDERATION AND ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT

THIS COURT received in chambers a letter from Plaintiff Charles Rush. The letter postmarked August 3, 2000, has been filed with the Clerk of Court. This Court shall construe the letter as a motion for reconsideration of this Court's July 28, 2000, Order of Dismissal **(D.E. No. 9)**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the motion for reconsideration is DENIED. This case shall remain **DISMISSED**. Plaintiff is reminded that case has been dismissed without prejudice. Accordingly Plaintiff may refile the case, pay the appropriate filing fee and properly serve the Complaint. It is also

ADJUDGED that Defendant's Motion to Dismiss **(D.E. No. 10)**, filed on August 14,

2000, is DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of August, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Charles Rush, *pro se*
3871 Northwest 7th Place
Fort Lauderdale, FL 33311

Robert D. Yates, Esq.
**FERRERO, BUSCHEL, CARTER,
SCHWARTZREICH & YATES**
201 Southeast 8th Street
Fort Lauderdale, FL 33316