IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CRIMINAL DIVISION

Date Aug 22, 2000

FILED BY _____ TAKE
00 AUG 16 PM 1:40
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA
MADDOX

STATE OF FLORIDA,   CASE NO.: 00-6207-Moreno

Plaintiff,   DIVISION: _____

v. Charles Rush

Broward Sheriff Office
_____,

Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Charles Rush _____ Pro Se Defendant-Appellant in the above entitled matter, appeals to the ~~Forth~~ United States District Court ~~District Court~~ of Appeals the final judgement entered in this action on July 28, 2000 Closed Case

That the same mistake was made on the Dead line on the 25th of July as it was on the 5th of July

I HEREBY CERTIFY that a true copy hereof was mailed to the State Attorney's Office, 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 this _____ day of _____, 199__.

My Return of Service And Complaint was there at the Ft. Lauderdale District on the 25th of July. After trying to serve my summons on the 14th of Ju in person to the office of the Attorney Affair and Legal Affairs but both office refuse to except my summon, I had to redo all summons over And tryed to mail in my Summon + Complaint. Jul 20 2000. My Return of Service was there on 25 Jul

COPIES NOT PROVIDED

Charles Rush
3871 N.W. 7th Pl.
Ft. Laud. Fla. 33311
Case No 00-6207

U.S. District Court
Southern District of Florida
Judge: Federico A. Moreno
Federal Justice Building
99 Northeast 4th St.
Miami, Florida 33132