# Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

United States District Court for the _Eleventh Circuit_ District of _Atlanta, Georgia_

v.

District Court No. _00-1444D_

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)

Signed: _Charles Rush_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _9/4/00_

FILED by _____ D.C.
APPEAL

REC'D by _____ D.C.
APPEAL
SEP 18 2000
CLARENCE MADDOX

SEP __ 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment _Lawn Service_ | $ NONE | $ NONE | $ | $ |
| Income from real property (such as rental income) | $ NONE | $ | $ | $ |
| Interest and dividends | $ NONE | $ | $ | $ |
| Gifts | $ NONE | $ | $ | $ |
| Alimony | $ NONE | $ | $ | $ |
| Child support | $ NONE | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ NONE | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ NONE | $ | $ | $ |
| Unemployment payments | 3 Mths $ NONE | $ | $ | $ |
| Public-assistance (such as welfare) food $350.00 | | $ | $ | $ |
| Other (specify): | $ NONE | $ | $ | $ |
| **Total monthly income:** | $ NONE | $ | $ | $ |

2. List your employment history, recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Family Self-Lawn Ser. | 3871 NW 7TH Pl | 78-94 | $200.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | | | |

4. How much cash do you and your spouse have? $ NONE
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle #1 (Value) |
|---|---|---|
| NONE | NONE | Make & year: NONE |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: NONE | | |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|------|--------------|-----|
| NONE | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real-estate taxes included? ☐Yes ☐No   Is property insurance included? ☐Yes ☐No | $ NONE | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ NONE | $ |
| Home maintenance (repairs and upkeep) | $ NONE | $ |
| Food | STmp $350 | $ |
| Clothing | $ NONE | $ |
| Laundry and dry-cleaning | $ NONE | $ |
| Medical and dental expenses | $ NONE | $ |
| Transportation (not including motor vehicle payments) | $ NONE | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ NONE | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ NONE | $ |
|    Homeowner's or renter's | $ NONE | $ |
|    Life | $ NONE | $ |
|    Health | $ NONE | $ |
|    Motor Vehicle | $ NONE | $ |
|    Other: _____ | $ / | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ NONE | $ |
| Installment payments | $ NONE | $ |
|    Motor Vehicle | $ NONE | $ |
|    Credit card (name): _____ | $ NONE | $ |
|    Department store (name): _____ | $ NONE | $ |
|    Other: _____ | $ | $ |
| Alimony, maintenance, and support paid to others | $ NONE | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ NONE | $ |
| Other (specify): _____ | $ | $ |
| **Total monthly expenses:** | $ NONE | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
   ☐ Yes  ☒ No   If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

    If yes, how much? $_____

    If yes, state the attorney's name, address, and telephone number:

    _____
    _____
    _____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
    ☐ Yes ☒ No

    If yes, how much? $_____

    If yes, state the person's name, address, and telephone number:

    _____
    _____
    _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
    1994 fall-off ladder Back, hips, Neck
    1998 Hit Back of head getting in Back of Plantation Police Car, False Arrest. Headaches & Neck pain Daily for 1 year Straight
    1999. CC4207 Beaten by 3 Officers & 2 inmates in handcuffs with NC Resistance from me Head, Neck, Back, & more injured

13. State the address of your legal residence.
    3871 NW 7th Pl Ft. Laud. Fla. 33311

    _____

    Your daytime phone number: (954) 791-5587
    Your age: 45    Your years of schooling: 7½ 12 grade
    Your social security number: 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

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

September 08, 2000

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

RE: 00-14444-D    Charles Rush v. Broward Sheriff's Office
DC DKT NO.: 00-06207 CV-FAM

    Please find enclosed a motion to proceed in forma pauperis styled for this court in error. Please construe it as a motion for USDC since this issue must first be addressed in USDC before it can be entertained in this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Sheran Taylor (404) 335-6183

Encl.

PRO-1 (1-1999)