

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **00-6207-CIV-MORENO**

CHARLES RUSH,

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/



### ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

THIS CAUSE came before the Court upon Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal **(D.E. No. 17)**, filed on **September 17, 2000**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of October, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Thomas K. Kahn
**CLERK, ELEVENTH CIRCUIT COURT OF APPEALS**

Charles Rush, *pro se*
3871 Northwest 7th Place
Fort Lauderdale, FL 33311

Robert D. Yates, Esq.
**FERRERO, BUSCHEL, CARTER, SCHWARTZREICH & YATES**
213 Southeast 8th Street
Fort Lauderdale, FL 33316