# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date: 11/20/2000

FILED by ___ D.C.
APPEAL
NOV _ _ 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

COR

IN RE:   District Court No:  00-06207-CV  - FAM

U.S.C.A. No:  00-14444-D

Style:  RUSH V. BROWARD SHERIFF'S OFFICE

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 1 Volume(s) of pleadings
- 0 Volume(s) of Transcripts

Exhibits:  0 boxes;   0 folders;
           0 envelopes;   0 PSIs (sealed)
           ☐ other: _____
           ☐ other: _____

☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _P. Snead_____

Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☑ 301 N. Miami Avenue        ☐ 299 E. Broward Boulevard      ☐ 701 Clematis Street
  Miami, Fl 33128-7788           Ft. Lauderdale, Fl 33301        West Palm Beach, Fl 33401
  305-523-5080                    954-769-5413                   561-803-3408



```
                                                    RLD       CLOSED
                                                    APPEAL
                     U.S. District Court
           Southern District of Florida (FtLauderdale)

              CIVIL DOCKET FOR CASE #: 00-CV-6207
```

Rush v. Broward Sheriff's                              Filed: 02/11/00
Assigned to: Judge Federico A. Moreno      Jury demand: Plaintiff
Demand: $0,000                             Nature of Suit: 440
Lead Docket: None                          Jurisdiction: US Plaintiff
Dkt# in other court: None

Cause: 42:2000 Job Discrimination (Race)


CHARLES RUSH                      Charles Rush
     plaintiff                    [COR LD NTC] [PRO SE]
                                  3871 NW 7th Place
                                  Fort Lauderdale, FL 33311



   v.


BROWARD SHERIFF'S OFFICE          Robert Dominic Yates
     defendant                    FTS 525-8331
                                  [COR LD NTC]
                                  Ferrero Buschel Carter
                                  Schwartzreich & Yates
                                  213 SE 8th Street
                                  Fort Lauderdale, FL 33316
                                  954-525-8000




Docket as of November 20, 2000 11:29 am                    Page 1

```
Proceedings include all events.                                    RLD
0:00cv6207 Rush v. Broward Sheriff's                        CLOSED APPEAL
```

| Date | Doc # | Description |
|---|---|---|
| 2/11/00 | 1 | COMPLAINT filed; FILING FEE $150.00; fp; A-7; RLD (br) [Entry date 02/14/00] |
| 2/11/00 | -- | Magistrate identification: Magistrate Judge Robert L. Dube (br) [Entry date 02/14/00] |
| 2/11/00 | 2 | MOTION by Charles Rush to proceed in forma pauperis (br) [Entry date 02/14/00] |
| 2/18/00 | 3 | ORDER denying [2-1] motion to proceed in forma pauperis ( Signed by Judge Federico A. Moreno on 2/17/00) CCAP [EOD Date: 2/22/00] (sk) [Entry date 02/22/00] |
| 6/23/00 | 4 | ORDER TO SHOW CAUSE why this case should not be dismissed for fialure to effect service, Response to Order to Show Cause due 7/5/00 ( Signed by Judge Federico A. Moreno on 6/23/00) CCAP [EOD Date: 6/26/00] (td) [Entry date 06/26/00] |
| 7/5/00 | 6 | CLERK's NOTICE of receipt of fee (td) [Entry date 07/07/00] |
| 7/5/00 | 7 | RESPONSE to Order to Show Cause by Charles Rush (td) [Entry date 07/07/00] |
| 7/6/00 | 5 | ORDER dismissing case ( Signed by Judge Federico A. Moreno on 7/6/00) CCAP [EOD Date: 7/7/00] (sk) [Entry date 07/07/00] |
| 7/6/00 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. (sk) [Entry date 07/07/00] |
| 7/7/00 | 8 | ORDER reopening case, and extending time to 7/25/00 to serve summons and complaint ( Signed by Judge Federico A. Moreno on 7/700) CCAP [EOD Date: 7/10/00] (sk) [Entry date 07/10/00] |
| 7/7/00 | -- | Case reopened (sk) [Entry date 07/10/00] |
| 7/28/00 | 9 | ORDER dismissing case ( Signed by Judge Federico A. Moreno on 7/27/00) CCAP [EOD Date: 7/31/00] (sk) [Entry date 07/31/00] |
| 7/28/00 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. (sk) [Entry date 07/31/00] |
| 8/14/00 | 10 | MOTION with memorandum in support by Broward Sheriff's to dismiss complaint, or for more definite statement (sk) [Entry date 08/15/00] |
| 8/16/00 | 13 | NOTICE OF APPEAL by Charles Rush of [12-2] order . EOD Date: 08/21/00; Filing Fee: $ Fee not paid;; Copies to USCA and Counsel of Record. (df) [Entry date 08/22/00] |

```
Proceedings include all events.                                    RLD
0:00cv6207 Rush v. Broward Sheriff's                       CLOSED APPEAL
                                                        continue vol #1
```

| Date | # | Entry |
|---|---|---|
| 8/18/00 | 11 | Notice of filing letter received in chambers ( Signed by Judge Federico A. Moreno on 8/17/00) CCAP [EOD Date: 8/21/00] (sk) [Entry date 08/21/00] |
| 8/18/00 | 12 | ORDER denying motion for reconsideration of [9-2] order mooting [10-1] motion to dismiss complaint, mooting [10-2] motion for more definite statement ( Signed by Judge Federico A. Moreno on 8/17/00) CCAP [EOD Date: 8/21/00] (sk) [Entry date 08/21/00] |
| 8/28/00 | 14 | NOTICE OF APPEAL by Charles Rush of [12-2] order . EOD Date: 08/21/00; Filing Fee: $ Fee not paid;; Copies to USCA and Counsel of Record. (df) |
| 8/31/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA Re: [14-1] appeal by Charles Rush USCA NUMBER: 00-14444-D (sn) [Entry date 09/06/00] |
| 9/7/00 | 15 | Appeal Information Sheet re: [14-1] appeal by Charles Rush No transcript requested. (sn) [Entry date 09/11/00] |
| 9/7/00 | 17 | MOTION and affidavit by Charles Rush to proceed in forma pauperis on appeal (sn) [Entry date 09/19/00] |
| 9/11/00 | 16 | Appeal Information Sheet re: [14-1] appeal by Charles Rush, [13-1] appeal by Charles Rush. No transcript requested. (sn) [Entry date 09/13/00] |
| 9/15/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA Re: [14-1] appeal by Charles Rush (sn) [Entry date 09/19/00] |
| 10/30/00 | 18 | ORDER granting [17-1] motion to proceed in forma pauperis on appeal (Signed by Judge Federico A. Moreno on 20/27/00) CCAP [EOD Date: 11/1/00] (sn) [Entry date 11/01/00] end vol #1 |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 11/20/00