# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

February 09, 2001

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128



RE: 00-14444-DD    Charles Rush v. Broward Sheriff's Office
DC DKT NO.: 00-06207 CV-FAM

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nicole Jones (404) 335-6173

Encl.

DIS-4 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 0 9 2001

THOMAS K. KAHN
CLERK

No. 00-14444-DD

CHARLES RUSH,

    Plaintiff-Appellant,

versus

BROWARD SHERIFF'S OFFICE,

    Defendant-Appellee.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: BIRCH, BLACK and BARKETT, Circuit Judges.

BY THE COURT:

    Appellee's motion to dismiss this appeal as moot is DENIED.

    Appellee's motion to enlarge time and stay proceedings is DENIED AS MOOT.

    On its own motion, the Court DISMISSES this appeal as frivolous. See Eleventh Circuit Rule 42-4.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,

By: [signature]
    Deputy Clerk
Atlanta, Georgia